910 A.2d 405

**Nikos Stanford LIDDY**

v.

**Linda H. LAMONE, et al.**

**No. 71 Sept. Term, 2006.**

Court of Appeals of Maryland.

Nov. 2, 2006.

Jason W. Shoemaker, Bowie, MD (Douglas W. Thiessen, West River, MD), all on brief, for appellant.

Carmen M. Shepard (Buc & Beardsley, Washington, DC; Dan Friedman, Baltimore, MD, of counsel, all on brief); William F. Brockman, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD, and Michael D. Berman, Asst. Atty. Gen., Baltimore, MD), all on brief, for appellees.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 2nd day of November, 2006,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, vacated, and the case is remanded to that Court with directions to dismiss the appeal on the ground of laches. Costs to be paid by the appellant. Mandate to issue forthwith.